.

| | | |
|---|---|---|
| BRAYDEN PAUL COOPER<br>P.O. BOX 2072<br>MONTICELLO, MS 39654 | FIRST UNITED BK & TRUS<br>2103 WEST GRANT<br>PAULS VALLEY, OK 73075 | VARO BANK<br>222 KEARNY ST<br>SAN FRANCISCO, CA 94108 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | HONEY BADGER FINANCIAL<br>2103 @ GRANT<br>PAULS VALLEY, OK 73075 | ZARA BROWN<br>538 BROOKHAVEN ST<br>MONTICELLO, MS 39654 |
| ALLURE INVESTMENTS, LL<br>320 W MAPLE AVE<br>ENID, OK 73701 | NO CREDIT CHECK<br>18001 KELLOGG RD<br>SAUCIER, MS 39574 | |
| BEST WAY RENTAL<br>939 BROOKWAY BLVD<br>BROOKHAVEN, MS 39601 | ONLINE COLLECTIONS<br>ATTN: BANKRUPTCY<br>PO BOX 1489<br>WINTERVILLE, NC 28590 | |
| CELCO, LTD<br>5600 HUDSON INDUSTRIAL<br>HUDSON, OH 44236 | ROBINSON HOOVER&FUDGE<br>PO BOX 1748<br>OKLAHOMA CITY, OK 73101 | |
| CITY NATIONAL BANK<br>ATTN: BANKRUPTCY<br>PO BOX 2009<br>LAWTON, OK 73502 | ROBINSON, HOOVER & FUD<br>P.O. BOX 1748<br>OKLAHOMA CITY, OK 73101 | |
| DOUBLE D CARS<br>6383 HWY 18<br>BRANDON, MS 39042 | SECURITY FINANCE CO<br>PO BOX 1893<br>SPARTANBURG, SC 29304 | |
| EXPRESS LOAN<br>114 E BROADWAY STE K<br>ENID, OK 73701 | SOUTHWEST RECOVERY<br>16200 ADDISON RD<br>STE 260<br>ADDISON, TX 75001 | |
| EZZELL & SHEPHERD<br>P.O. BOX 5189<br>ENID, OK 73702 | SPRING OAKS CAPITAL<br>ATTN: BANKRUPTCY<br>P.O. BOX 1216<br>CHESAPEAKE, VA 23327 | |